BRENDA H. ENTZMINGER
Nevada Bar No. 9800
BREANE P. STRYKER
Nevada Bar No. 13594
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JULIE COLBERT, an individual<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC. dba WAL-MART, a Nevada Corporation, DOES I-X, and ROES I-X,<br><br>Defendants. | Case No.: 2:15-cv-01654-JAD-VCF<br><br>STIPULATION AND [PROPOSED] ORDER TO AMEND THE PLEADINGS PURSUANT TO FRCP 15(a)(2) TO CORRECT THE NAME OF THE DEFENDANT |

COMES NOW, Plaintiff JULIE COLBERT, by and through her counsel of record, CLEAR COUNSEL LAW GROUP, and Defendant WAL-MART STORES, INC., by and through its counsel of record, PHILLIPS, SPALLAS & ANGSTADT, LLC, and hereby stipulate and agree as follows:

1. That the pleadings be amended, via inter-lineation, by changing the name of Defendant WAL-MART STORES, INC., dba WAL-MART, a Nevada Corporation, to Defendant WAL-MART STORES, INC., a foreign corporation;

2. That Defendant Wal-Mart Stores, Inc. is a Delaware corporation, with its principal place of business in Arkansas, and is thus, a citizen of the State of Delaware and the State of Arkansas;

3. That the amendment of the pleadings shall relate back to the commencement of this action, and all filings will, hereinafter, be treated as though the foreign corporation, Wal-Mart Stores, Inc., had responded and/or was served with the documents; and

4. That the purpose of this stipulated amendment is to reflect identification of the proper citizenship of the defendant in this action.

DATED this 5 day of September, 2015.

CLEAR COUNSEL LAW GROUP

ETHAN FEATHERSTONE, ESQ.
Nevada Bar No. 11566
50 S. Stephanie Street, Suite 101
Henderson, NV 89102
(702) 518-5180

*Attorneys for Plaintiff*
*Julie Colbert*

DATED this 15th day of September, 2015

PHILLIPS, SPALLAS & ANGSTADT LLC

BREANE P. STRYKER
Nevada Bar No. 13594
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

**IT IS SO ORDERED.**

DATED this 16th day of September, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

The Clerk of Court is directed to change the name of the defendant on the docket from Wal-Mart Stores, Inc., dba Wal-Mart, a Nevada Corporation, to Defendant Wal-Mart Stores, Inc., a foreign corporation.

# CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of September, 2015, I served a true and correct copy of the foregoing, **STIPULATION AND [PROPOSED] ORDER TO AMEND THE PLEADINGS PURSUANT TO FRCP 15(a)(2) TO CORRECT THE NAME OF THE DEFENDANT**, by facsimile and by U.S. Mail, in a sealed envelope, first-class postage fully prepaid, addressed to the following counsel of record, at the address listed below:

| ATTORNEY OF RECORD | TELEPHONE/FAX | PARTY |
|---|---|---|
| JARED R. RICHARDS, ESQ.<br>Nevada Bar No. 11254<br>ETHAN FEATHERSTONE, ESQ.<br>Nevada Bar No. 11566<br>CLEAR COUNSEL LAW GROUP<br>50 S. Stephanie Street, Suite 101<br>Henderson, NV 89102 | Phone 702-518-5180<br>Fax    702-508-9393 | Plaintiff |

*/s/ Billi J. Montijo*

_____
An Employee of PHILLIPS, SPALLAS & ANGSTADT LLC