**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| JULIE COLBERT, | |
| Plaintiff, | 2:15-cv-01654-JAD-VCF |
| vs. | **ORDER** |
| WAL-MART STORES, INC., | |
| Defendant. | |

Defendant filed its Answer on August 26, 2015. (#2). A discovery plan and scheduling order is due and has not been filed pursuant to LR 26-1.

IT IS HEREBY ORDERED that a discovery hearing is scheduled for 10:30 a.m., October 21, 2015. The hearing will be vacated upon the filing of the discovery plan and scheduling order in compliance with Local Rule 26-1.

DATED this 14th day of October, 2015.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE