# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JULIE COLBERT, | |
| Plaintiff, | 2:15-cv-01654-JAD-VCF |
| vs. | **ORDER** |
| WAL-MART STORES, INC., | |
| Defendant. | |

The parties have filed a discovery plan and scheduling order in compliance with Local Rule 26-1. Accordingly,

IT IS HEREBY ORDERED that the discovery hearing scheduled for 10:30 a.m., October 21, 2015 is VACATED.

DATED this 19th day of October, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE